IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE A., | : | |
| THROUGH HIS PARENTS AND | : | |
| NEXT FRIEND, TAMEKA A. | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WALLINGFORD SWARTHMORE | : | |
| SCHOOL DISTRICT, *et al.*, | : | No. 09-3817 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **3rd** day of **September**, **2009**, upon consideration of Plaintiff's Motion for a Temporary Restraining Order, Defendants' Response thereto, and following a TRO hearing on September 1, 2009, it is hereby **ORDERED** that:

1. The motion (Document No. 2) is **GRANTED**.

2. The Wallingford Swarthmore School District is George A.'s current educational placement under § 1415(j) of the IDEA.

3. George A. is entitled to remain at Strath Haven High School pending the determination of any IDEA administrative proceedings and the Wallingford Swarthmore School District is **ENJOINED** from altering this placement without the consent of George A.'s natural guardian or further Order of this Court.

BY THE COURT:

_____
**Berle M. Schiller, J.**